IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MALLORY,<br><br>    Petitioner,<br><br>    vs.<br><br>KEN CLARK, et al.,<br><br>    Respondents.<br>_____/ | 1:08-cv-01755-GSA (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RESPONDENTS' MOTION TO DISMISS<br><br>(DOCUMENT #13)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 23, 2009, Petitioner filed a motion to extend time to file a response to Respondents' Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response to Respondents' Motion to Dismiss .

IT IS SO ORDERED.

Dated: **April 30, 2009**    **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE